# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| GABRIELLE REEVES, | ) | CASE NO. 5:18CV1425 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED.**

                                          *s/Jonathan D. Greenberg*
                                          Jonathan D. Greenberg
                                          United States Magistrate Judge

Date: April 30, 2019